

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:    ☑ Chief Deputy        ☐ Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:04-cr-00172-SVW-1

Defendant's Name: Michael Freedman

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on May 14, 2014 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** July 31, 2014 **, it was verified the defendant:**

☐    the Bureau of Prisons was unable to provide information as the above-named defendant.

☐    has commenced their electronic monitoring.

☐    has completed their electronic monitoring.

☐    has reported to the U.S. Probation Office.

☐    has surrendered to the Bureau of Prisons.

☑    Other:    On or about July 31, 2014 surrender verified  at Taft CI via BOP Website

**Verified via  ☐ telephone or  ☐ e-mail with the following:**

☐    U.S. Probation Officer: _____ ,
                                    *(Name of Officer)*

☑    Bureau of Prisons:    Via  the BOP Website _____ ,
                                    *(Name of Officer)*

☐    U.S. Marshal: _____ ,
                                    *(Name of Officer)*

July 31, 2014                         By P. Lopez phyllis_lopez@cacd.uscourts.gov
Date                                         Deputy Clerk

CR-86 (11/08)                    **VERIFICATION OF SURRENDER**